# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>NICHOLAS R. OCHS<br>(D.O.B. ███████)<br><br>*Defendant(s)* | Case: 1:21-MJ-00015<br>Assigned to: Judge G. Michael Harvey<br>Assigned Date: 1/7/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1752(a) | Unlawful Entry into Restricted Buildings or Grounds |

This criminal complaint is based on these facts:

See the attached affidavit, which is incorporated herein by reference.

☐ Continued on the attached sheet.

*Complainant's signature*

Roger R. Dean, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/07/2021

G. Michael Harvey
2021.01.07 21:04:26 -05'00'
*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*