# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No.** |
| v. ) | |
| ) | **FILED UNDER SEAL** |
| **NICHOLAS R. OCHS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal the above-captioned warrant and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively the "Warrant"), the Court finds reasonable grounds to believe that disclosure of the Warrant will result in flight from prosecution, and destruction of or tampering with evidence. The Court further finds that, because of such reasonable grounds to believe the disclosure will so impact the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Warrant, the application and affidavit in support thereof, all attachments thereto and other related materials, the instant application to seal, and this Order are sealed until otherwise ordered by the Court, except that the Warrant and related materials may be provided to law enforcement to aid in the apprehension of the defendant.

2. IT IS FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket of the Warrant until further order of the Court.

Date:  1/07/2021

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

cc: Kathryn L. Rakoczy
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530