UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-mj-15 |
| | : | |
| NICHOLAS R. OCHS, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR ORDER SCHEDULING INITIAL APPEARANCE

The United States of America, by and through its undersigned counsel, respectfully moves this Court to order Defendant Nicholas "Nick" R. Ochs to appear before the Court for an initial appearance.

1. On January 7, 2021, Defendant Ochs was arrested in Hawaii on a warrant and complaint issued by this Court earlier that same day, under the above-captioned case number.

2. Defendant Ochs is scheduled for a Rule 5 hearing in the U.S. District Court for the District of Hawaii on Monday, January 11, 2021.

3. The government does not intend to ask for Defendant Ochs to be detained. Accordingly, the U.S. District Court in Hawaii will need to either provide Ochs with a date for his next hearing in this jurisdiction or tell him to report when he receives a summons.

4. In the interest of expediency, the government is moving for this Court to set a hearing date ahead of Defendant Ochs' Rule 5 appearance in Hawaii.

WHEREFORE, the government respectfully requests that the Court issue an Order directing Defendant Ochs to appear before this Court for an initial appearance in two to three weeks. The government will provide a copy of this Court's order to government counsel in Hawaii to present to the Court and defense counsel at Defendant's Rule 5 hearing on Monday, January 11, 2021.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        ACTING UNITED STATES ATTORNEY
        N.Y. Bar No. 4444188

By:    */s/ Kathryn L. Rakoczy*
        Kathryn L. Rakoczy
        Assistant United States Attorney
        D.C. Bar No. 994-559
        United States Attorney's Office
        Public Corruption and Civil Rights Section
        555 4th Street, N.W., Room 5239
        Washington, D.C. 20530
        (202) 252-6928 (office); (202) 740-3245 (cell)
        Kathryn.Rakoczy@usdoj.gov