IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 21-mj-15 |
| v. ) | |
| ) | **FILED UNDER SEAL** |
| **NICHOLAS R. OCHS,** ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S NOTICE OF ERROR IN EARLIER FILING

The United States of America, by and through its undersigned counsel, hereby provides notice that the motion to unseal filed as ECF No. 3 erroneously described the charge against and nature of the investigation involving Defendant Nicholas Ochs.

WHEREFORE, the United States respectfully requests that the attached pleading be filed to replace and correct the errors in the pleading previously filed as ECF No. 3.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY


By:   */s/ Kathryn L. Rakoczy*
KATHRYN L. RAKOCZY
Assistant United States Attorney
D.C. Bar Number 994-559
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-6928
Email: Kathryn.Rakoczy@usdoj.gov