# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-mj-15 (GMH) |
| v. : | |
| : | |
| NICHOLAS R. OCHS, : | |
| : | |
| Defendant. : | |

## ORDER

This matter having come before the Court pursuant to the motion of the United States to schedule an initial appearance, following the arrest of Defendant Nicholas R. Ochs in the District of Hawaii, it is hereby

**ORDERED** that the parties shall appear for an initial appearance on January 27, 2021 at 1:00 p.m. before Magistrate Judge Harvey via videoconference or teleconference.  The parties are instructed to contact the Courtroom Deputy, Philip Tran, for call-in information.

**SO ORDERED.**

Date: January 11, 2021

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE