UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO.   21-mj-15 (GMH) |
| : | |
| NICHOLAS OCHS, : | |
| : | |
| Defendant. : | |

## MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The defendant is in the process of obtaining counsel; therefore, the United States cannot represent at this time the position of the defendant on this motion or the entry of the attached protective order.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
N.Y. Bar No. 4444188

By:     /s/   Kathryn L. Rakoczy
Kathryn L. Rakoczy
Assistant United States Attorney
D.C. Bar No. 994-559
U.S. Attorney's Office for the District of Columbia
Public Corruption & Civil Rights Section
555 4th Street, N.W., 5239
Washington, D.C. 20530
Phone: (202) 252-6928
E-mail:   Kathryn.Rakoczy@usdoj.gov

Dated:   January 15, 2021