AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-mj-00015 |
| Nicholas Ochs | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicholas Ochs

Date:     01/26/2021

*Attorney's signature*

Edward B. MacMahon, Jr. Bar # 411165
*Printed name and bar number*

P.O. Box 25, 107 E. Washington Street
Middleburg, VA 20118
2600 Pennsylvania Avenue, NW, # 604
Washington, DC 20037
*Address*

ebmjr@macmahon-law.com
*E-mail address*

(202) 775-1307
*Telephone number*

(540) 687-6366
*FAX number*