AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| NICHOLAS R. OCHS | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   NICHOLAS R. OCHS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 1752(a) - Unlawful Entry into Restricted Buildings or Grounds.

See attached affidavit, which is incorporated herein by reference.

Date: 01/07/2021

G. Michael Harvey
2021.01.07 21:05:13
-05'00'
*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 1/7/2021, and the person was arrested on (date) 1/7/2021
at (city and state) Honolulu, Hawaii

Date: 1/8/2021

*Arresting officer's signature*

Steel Stewart, Special Agent
*Printed name and title*

**EXHIBIT "2"**