IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 1:21-mj-00015 |
| | : | |
| NICHOLAS R. OCHS | : | |
| | : | |
| Defendant. | : | |

**MOTION TO VACATE HEARING FOR ASCERTAINMENT OF COUNSEL**

COMES NOW Nicholas R. Ochs, by counsel, and for his Motion to Vacate Hearing for Ascertainment of Counsel, states as follows:

1. On January 15, 2021, an Initial Appearance/Detention hearing was held in this case. At that hearing, Mr. Ochs was represented by the Federal Public Defender. (Minute Entry, January 15, 2021)

2. By Order entered on January 26, 2021, the Court ordered that a Hearing for Ascertainment of Counsel be held on January 29, 2021, at 3:00 p.m. (Minute Entry, January 26, 2021)

3. On January 26, 2021, the undersigned counsel entered an appearance in this matter by written appearance. (DE 13)

4. Because counsel has entered an appearance for Mr. Ochs, there is no need for a hearing on January 29, 2021, to ascertain the status of counsel. As such, that hearing should be vacated as unnecessary.

5. Counsel for Mr. Ochs has conferred with counsel for the United States who consents to the relief sought by this motion.

A Proposed Order is attached.

                                              **NICHOLAS R. OCHS**
                                              **By Counsel**

                                        _____/s/_____
                                        Edward B. MacMahon, Jr. (DCB # 411165)
                                        Edward B, MacMahon, Jr., PLC
                                        1600 Pennsylvania Ave, NW, #604
                                        Washington, DC 20037
                                        (202) 775-1307
                                        (540) 687-6366 (facsimile)
                                        ebmjr@macmahon-law.com
                                        *Counsel for Nicholas R. Ochs*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                        _____/s/_____
                                        Edward B. MacMahon, Jr. (DCB # 411165)
                                        Edward B, MacMahon, Jr., PLC
                                        1600 Pennsylvania Ave, NW, #604
                                        Washington, DC 20037
                                        (202) 775-1307
                                        (540) 687-6366 (facsimile)
                                        ebmjr@macmahon-law.com
                                        *Counsel for Nicholas R. Ochs*