IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.        : | Criminal No.:  1:21-mj-00015 |
| : | |
| NICHOLAS R. OCHS : | |
| : | |
| Defendant.   : | |

## **PROPOSED ORDER**

This matter came before the Court on the defendant's Motion to Vacate Hearing to Ascertain Counsel.

It appearing to the Court that Mr. Ochs has retained counsel in this case who has entered his appearance (DE 13) and that therefore there is no reason to conduct the hearing currently set for January 29, 2021, at 3:00 p.m., it is hereby ORDERED

That the Notice of Hearing to Ascertain Counsel is hereby VACATED and counsel and Mr. Ochs do not have to appear for the hearing set for January 29, 2021 at 3:00 pm.

 Entered this 28th day of January 2021.

_____
Honorable G. Michael Harvey
United States Magistrate Judge